Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SHANNON L. TILLEY

Gerald M. Welt
Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON L. TILLEY, <br><br> Plaintiff, <br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-00471-JCM-GWF <br><br> STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND <br><br> (FIRST REQUEST) |

Plaintiff Shannon L. Tilley and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from August 6, 2018 to September 28, 2018 for Plaintiff to file a Motion for Remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended

-1-

accordingly. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel request additional time due to the press of business and counsel's heavy caseload. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 14, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Shannon L. Tilley

DATE: August 14, 2018

DAYLE ELIESON
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney

/s/ *Margaret I. Branick-Abilla*

BY: _____
Margaret I. Branick-Abilla
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: 10-4-2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE